**Order entered January 30, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00871-CV

**ERIC DRAKE, Appellant**

**V.**

**TRAVELERS INDEMNITY COMPANY, ET AL, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-01062**

## ORDER

By order dated January 17, 2014, the Court requested that the Court Reporter in the above referenced cause file, within ten days of the date of that order, either (1) the reporter's record; (2) written verification that no hearings were recorded or no request for the reporter's record has been made; or (3) written verification that appellant has not been found indigent and has not paid or made arrangements to pay for the record. The Court has received notice from the court reporter that Appellant has not requested the reporter's record in this cause. Therefore, we **ORDER** Appellant within **TEN DAYS** of the date of this order, to file (1) notice that Appellant has requested preparation of the reporter's record; and, (2) written verification that appellant has paid or made arrangements to pay the reporter's fee; or written documentation that appellant has been found to be entitled to proceed without payment of costs. *If the Court does not receive the*

*required documentation within the time specified, the Court will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE